UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| CHARLES SCOTT BENSON,<br><br>    Plaintiff,<br><br> vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | CIV. 16-5061-JLV<br><br><br>AMENDED JUDGMENT |

Consistent with the court's order (Docket 84), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered

without prejudice in favor of defendant and against plaintiff as to plaintiff's

Fair Credit Reporting Act claim (Docket 35 at ¶¶ 65-92) only.

Dated March 25, 2019.

       BY THE COURT:

       /s/ *Jeffrey L. Viken*
       JEFFREY L. VIKEN
       CHIEF JUDGE